IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 13 |
| Betty J. Cromwell | ) | |
| | ) | CASE NO.: 22-12635 |
| | ) | |
| Debtor | ) | |
| | ) | JUDGE Price Smith |

**RESPONSE TO TRUSTEE'S OBJETION TO CONFIRMATION**

    Now comes the above named Debtor, by and through Jonathan I. Krainess, attorney for said Debtor, and responds to the Trustee's Objection to Confirmation. The Debtor filed a Chapter 13 and is paying back the preference to her creditors. The Debtor listed said preference and is doing what the law requires of her to do. As such, the case has been filed in good faith and the Chapter 13 Trustee's objection to confirmation should be overruled and the Debtor's case should be confirmed.

    Respectfully Submitted,

    /s/ Jonathan I. Krainess
Krainess Law Firm LLC
Jonathan I. Krainess (0073093)
23366 Commerce Park
Beachwood, OH 44122
Tel: 216-320-4357
Fax: 216-320-8000
jkrainess@sbcglobal.net

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on October 20, 2022, a true and correct copy of the above Response was served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:
-Jonathan I. Krainess, on behalf of Debtor, at jkrainess@sbcglobal.net.
-Lauren A. Helbling, Chapter 13 Trustee's Office at Ch13trustee@ch13cleve.com

    /s/ Jonathan I. Krainess
Jonathan I. Krainess, Esq.